IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:97CR86 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| BEN CAFARO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for modification of supervised

release (filing no. 85).

IT IS ORDERED that defendant's motion (filing no. 85) is denied, without prejudice

to reassertion at a later time.

DATED this 21st day fo February, 2007.

BY THE COURT:


s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge